**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**NIKNIA LAW FIRM**
Bahram Niknia, Esq. (SBN 256181)
1875 Century Park E
Suite 1240
Los Angeles, CA 90067
Telephone: (310) 601-8025
Facsimile: (310) 909-7179
E-Mail: bniknia@bniknialaw.com

Attorneys for Plaintiff, YADEGAR, MINOOFAR & SOLEYMANI LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YADEGAR, MINOOFAR & SOLEYMANI LLP, a limited liability partnership, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY., an Illinois corporation and AFFINITY INSURANCE SERVICES, INC. dba AON Affinity Insurance Services, Inc. a Pennsylvania Corporation and and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. : 2:17-CV-05830PSG (ASx)**<br><br>**(Judge: Hon. Philip S. Gutierrez)**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE IN CONSENT TO JOIN FORMS PURSUANT TO L.R. 7-11 AND 79-5(d)** |

-1-

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff Yadegar, Minoofar & Soleymani LLP ("Plaintiff"), hereby submits the following Application to this Court seeking an order that the Compendium of Confidential Exhibits be filed under seal. Defendant Affinity Insurance Services, Inc. dba AON Affinity Insurance Services, Inc. ("Aon") has designated documents as "Confidential" that are attached as exhibits to the Compendium of Confidential Exhibits. Based on Aon's designation, Plaintiff seeks permission of the Court to file the Compendium of Confidential Exhibits under seal.

Aon purports that these documents which include email and facsimile transmissions contain confidential, proprietary, sensitive, or private information belonging to Aon and/or third parties.

Plaintiff expresses no opinions as to the *bona fides* of the designations by Aon and/or its claims as to the need for confidentiality. Rather, Plaintiff makes this application to this Court solely as a courtesy to Aon.

DATED: June 13, 2018                    **BRADLEY/GROMBACHER, LLP**
                                         **NIKNIA LAW FIRM**


                                         By:  /s/ Kiley L. Grombacher
                                              Marcus J. Bradley, Esq.
                                              Kiley L. Grombacher, Esq.
                                              Taylor L. Emerson, Esq.
                                              Bahram Niknia, Esq.
                                              Attorneys for Plaintiff

-2-
**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**