**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:    (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**NIKNIA LAW FIRM**
Bahram Niknia, Esq. (SBN 256181)
1875 Century Park E
Suite 1240
Los Angeles, CA 90067
Telephone:  (310) 601-8025
Facsimile:   (310) 909-7179

Attorneys for Plaintiff, YADEGAR, MINOOFAR & SOLEYMANI LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| YADEGAR, MINOOFAR & SOLEYMANI LLP, a limited liability partnership, on its own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>AXIS INSURANCE COMPANY., an Illinois corporation and AFFINITY INSURANCE SERVICES, INC. dba AON Affinity Insurance Services, Inc. a Pennsylvania Corporation and DOES 1-100, inclusive,<br><br>          Defendants. | **CASE NO.: 2:17-CV-05830 PSG (ASx)**<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge:  Hon. Philip S. Gutierrez** |

TO THE COURT, CLERK OF COURT, AND PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Yadegar, Minoofar & Soleymani ("Plaintiff") and Defendant Affinity Insurance Services, Inc. ("Defendant") have reached a settlement in the above-captioned matter. Upon finalizing the terms of the settlement, Plaintiff intends to file a stipulation of dismissal of the claims against Defendant.

In light of the settlement, Plaintiff hereby withdraws its Motion for Class Certification, filed at ECF No. 43 on June 14, 2018, and requests that the Court vacate the October 22, 2018 hearing date on Plaintiff's motion.

DATED: October 15, 2018        BRADLEY/GROMBACHER LLP
                               NIKNIA LAW FIRM


                               By:    /S/Kiley L. Grombacher
                                      KILEY L. GROMBACHER

                               Attorneys for Plaintiff