**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**NIKNIA LAW FIRM**
Bahram Niknia, Esq. (SBN 256181)
1875 Century Park E
Suite 1240
Los Angeles, CA 90067
Telephone: (310) 601-8025
Facsimile: (310) 909-7179

Attorneys for Plaintiff, YADEGAR, MINOOFAR & SOLEYMANI LLP

E-FILED
NOV - 2 2018
Document #

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YADEGAR, MINOOFAR & SOLEYMANI LLP, a limited liability partnership, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY., an Illinois corporation and AFFINITY INSURANCE SERVICES, INC. dba AON Affinity Insurance Services, Inc. a Pennsylvania Corporation and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. : 2:17-CV-05830 PSG (ASx)<br><br>[PROPOSED] ORDER DISMISSING ACTION<br><br>Hon. Philip S. Gutierrez |

[PROPOSED] ORDER DISMISSING ACTION

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff.

**IT IS SO ORDERED.**

DATED: 11/2/18

_____
Hon. Philip S. Gutierrez
United States District Judge